UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO PAREDES GARCIA,<br><br>                    Plaintiff,<br><br>    v.<br><br>HARBORSTONE CREDIT UNION,<br><br>                    Defendant. | CASE NO. 3:21-cv-05148-LK<br><br>ORDER GRANTING STIPULATED MOTION TO STAY CASE SCHEDULE |

The Court, having reviewed the parties' Stipulated Motion to Stay Case Schedule, and finding good cause to stay the case schedule, it is hereby ORDERED that the Motion is GRANTED. The parties shall file a notice updating the Court on settlement discussions within 45 days of the entry of this Order. If settlement discussions fail, the parties shall file a motion within seven days to reset the class certification briefing schedule.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

ORDER GRANTING STIPULATED MOTION TO STAY CASE SCHEDULE - 1

Dated this 27th day of January, 2022.

*Lauren King*
Lauren King
United States District Judge

ORDER GRANTING STIPULATED MOTION TO STAY CASE SCHEDULE - 2