THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

MARIO PAREDES GARCIA,

    Plaintiff,

v.

HARBORSTONE CREDIT UNION,

    Defendant.

Case No. 3:21-cv-5148-LK

**PLAINTIFF'S SUPPLEMENTAL MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND ATTORNEYS' FEES AND COSTS**

**NOTED FOR CONSIDERATION: NOVEMBER 6, 2023**

## I.   INTRODUCTION

On August 23, 2023, Plaintiff Mario Paredes Garcia filed his motion for final approval of the class action settlement and attorneys' fees and costs in this matter. ECF No. 42. In that motion, he informed the Court that he would file a supplemental motion for final approval updating the Court on the final number of opt-outs and objections no later than October 2, ten days after the deadline for class members to file requests to opt-out or object to the proposed settlement. *Id.* at 8 n.2, 24.

Mr. Paredes Garcia now files this supplemental motion to update the Court that only one Class Member has opted out of the settlement and that no Class Members have objected. The reaction of the Class to the proposed settlement has been positive. Accordingly, Mr. Paredes

PLAINTIFF'S SUPPLEMENTAL MOTION FOR
FINAL APPROVAL OF CLASS ACTION
SETTLEMENT AND ATTORNEYS' FEES AND
COSTS - 1
Case No. 21-2-11501-9 SEA

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Garcia respectfully asks the Court to grant his motion for final approval of the class action settlement and attorneys' fees and costs, ECF No. 42.

## II. BACKGROUND

On August 24, one day after Mr. Paredes Garcia filed his motion for final approval and attorneys' fees and costs, settlement administrator Simpluris posted the motion, along with the Declarations of Eric R. Nusser and Amy Lechner of Simpluris, to the settlement website in accordance with the Court's order granting preliminary approval. *See* Supplemental Declaration of Eric R. Nusser in Support of Plaintiff's Motion for Final Approval of Class Action Settlement and Attorneys' Fees and Costs (Nusser Suppl. Decl.) ¶ 2; *see also* ECF No. 41 at 17, 22.

On August 25, two days after Mr. Paredes Garcia filed his motion, Simpluris sent email reminders to the 48 Class Members who were previously contacted via email to inform them that Mr. Paredes Garcia's motion was posted to the website and reminding them of the deadline to opt-out or object. Nusser Suppl. Decl. ¶ 3, Ex. 1; *see also* ECF No. 41 at 16, 17, 22.

On September 5, Simpluris received an opt-out request from Class Member Beatriz Jimenez Vazquez via the opt-out form on the settlement website. *See* Supplemental Declaration of Amy Lechner of Simpluris Regarding Settlement Administration (Lechner Suppl. Decl.) ¶ 9, Ex. A. This is the only opt-out request Simpluris has received. *Id*. ¶ 9. Simpluris has not received any objections to the proposed settlement. *Id*. ¶ 10.

Only eleven of the 247 notice packets Simpluris mailed were ultimately undeliverable, a 95.5-percent success rate (11 ÷ 247 = .045). *Id*. ¶ 5. As of September 29, the settlement website has been visited by 2,674 unique visitors with 4,349 page views. *Id*. ¶ 6. Of these, 1,105 unique visitors and 1,783 page views occurred between August 24 and September 22, the period during which Mr. Paredes Garcia's motion for final approval and attorney's fees and costs—along with Class Counsel's detailed timekeeping records—were available for Class Members to review on the website. Nusser Suppl. Decl. ¶ 4.

PLAINTIFF'S SUPPLEMENTAL MOTION FOR
FINAL APPROVAL OF CLASS ACTION
SETTLEMENT AND ATTORNEYS' FEES AND
COSTS - 2
Case No. 21-2-11501-9 SEA

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  Simpluris received one call to its toll-free telephone number during the notice period.
2  Lechner Suppl. Decl. ¶ 7. Class Counsel also received a phone call from a Spanish-speaking
3  Class Member seeking additional information about the settlement. Nusser Suppl. Decl. ¶ 5. A
4  member of Class Counsel's team who speaks Spanish fluently spoke with the Class Member and
5  answered her questions. *Id*.

### III.   ARGUMENT

The notice program was successful, reaching 95.5 percent of Class Members by mail. Those Class Members were adequately informed in English and Spanish of their rights and options, the settlement website received thousands of unique visitors and page views, and Class Members who had questions reached out to Simpluris or Class Counsel via telephone. After the sixty-day notice period—thirty of which made publicly available Class Counsel's request for attorneys fees' and costs and detailed timekeeping records—only one Class Member opted out of the proposed settlement. No Class Members objected.

Such a positive response to the proposed settlement, with 99.6 percent of Class Members remaining in the Settlement Class, demonstrates that the relief obtained for Settlement Class Members is fair, reasonable, and adequate. *See Fossett v. Brady Corp.*, 2021 WL 2273723, at *9 (C.D. Cal. Mar. 23, 2021) ("[T]he absence of a large number of objections to the proposed class action settlement raises a strong presumption that the terms . . . are favorable to the class members.") (quoting *Nat'l Rural Telecomms. Coop. v. DIRECTV, Inc.*, 221 F.R.D. 523, 529 (C.D. Cal. 2004)); *see also Baker v. SeaWorld Ent., Inc.*, 2020 WL 4260712, at *8 (S.D. Cal. July 24, 2020) (absence of many objectors supports settlement as fair, reasonable, and adequate); *In re Austrian & German Bank Holocaust Litig.*, 80 F. Supp. 2d 164, 175 (S.D.N.Y. 2000) ("If only a small number of objections are received, that fact can be viewed as indicative of the adequacy of the settlement.") (citations omitted); *Morgan v. Childtime Childcare, Inc.*, 2020 WL 218515, at *2 (C.D. Cal. Jan. 6, 2020) ("Lack of objection speaks volumes for a positive class

PLAINTIFF'S SUPPLEMENTAL MOTION FOR
FINAL APPROVAL OF CLASS ACTION
SETTLEMENT AND ATTORNEYS' FEES AND
COSTS - 3
Case No. 21-2-11501-9 SEA

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

reaction to the settlement. The Court thus finds the settlement is fair, reasonable, and adequate.").

## IV.  CONCLUSION

For the foregoing reasons, and those in his motion for final approval, ECF No. 42, Mr. Paredes Garcia respectfully asks the Court to grant his motion and enter an order: (1) approving the Amended Settlement Agreement as fair, reasonable, and adequate; (2) determining that adequate notice was provided to Class Members; (3) granting Class Counsel $150,000 in attorneys' fees and costs; (4) approving the requested service payment to Mr. Paredes Garcia in the amount of $5,000; (5) approving settlement administration costs of up to $25,000; and (6) dismissing this action with prejudice.

RESPECTFULLY SUBMITTED AND DATED this 2nd day of October, 2023.

TERRELL MARSHALL LAW GROUP PLLC

*I certify that this memorandum contains 928 words, in compliance with the Local Civil Rules.*

By:   /s/ Toby J. Marshall, WSBA #32726
       Toby J. Marshall, WSBA #32726
       Email: tmarshall@terrellmarshall.com
       Eric R. Nusser, WSBA #51513
       Email: eric@terrellmarshall.com
       936 North 34th Street, Suite 300
       Seattle, Washington 98103-8869
       Telephone: (206) 816-6603
       Facsimile: (206) 319-5450

*Attorneys for Plaintiff*

PLAINTIFF'S SUPPLEMENTAL MOTION FOR
FINAL APPROVAL OF CLASS ACTION
SETTLEMENT AND ATTORNEYS' FEES AND
COSTS - 4
Case No. 21-2-11501-9 SEA